884

No. 95–5225. TROUTMAN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95–5226. STEPHEN v. SCOTT, DIRECTOR, TEXAS DEPART-MENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 95–5227. THOMAS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 95–5229. WATT v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95–5231. MILTON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95–5232. JOHNSON v. LOVE, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTE AT HUNTINGDON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 95–5233. LEGGETT v. GEORGE ET AL. C. A. 10th Cir. Certiorari denied.

No. 95–5234. MIR v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–5235. JOHNSON v. COMMISSIONER OF INTERNAL REVE-NUE. C. A. 2d Cir. Certiorari denied.

No. 95–5237. MARCUM v. NORRIS, DIRECTOR, ARKANSAS DE-PARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 95–5238. KATHY M. P. v. WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 95–5239. COLEMAN v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 95–5240. CONAWAY v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 95–5241. FIELDS v. ANGELONE, DIRECTOR, VIRGINIA DE-PARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.